**KESSLER TOPAZ MELTZER
  & CHECK, LLP**
STACEY M. KAPLAN (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001

*Counsel for Proposed Lead Plaintiff the Institutional
Investor Group and Proposed Lead
Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE L. FLANNERY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SNOWFLAKE INC., FRANK SLOOTMAN, and MICHAEL P. SCARPELLI, <br><br> Defendants. | Case No. 5:24-cv-01234-PCP <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF THE INSTITUTIONAL INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> **CLASS ACTION** <br><br> Date: June 6, 2024 <br> Time: 10:00 a.m. <br> Place: Courtroom 8 – 4th Floor <br> Judge: Hon. P. Casey Pitts |

## <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Statutes**

15 U.S.C. § 78u-4(a) ........................................................................................................... 1, 2

H.R. Conf. Rep. No. 104-369 (1995), *reprinted in* 1995 U.S.C.C.A.N. 730 ................................. 2

Proposed Lead Plaintiff Storebrand Asset Management AS ("Storebrand"), Afa Försäkring tjänstepensionsaktiebolag ("Afa"), and HANSAINVEST Hanseatische Investment GmbH ("HANSAINVEST") (collectively, the "Institutional Investor Group") respectfully submits this Memorandum of Points and Authorities in Support of the Motion of the Institutional Investor Group for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (ECF No. 40) (the "Motion").

## STATEMENT OF ISSUES

1.  Whether the Institutional Investor Group is the "most adequate plaintiff," pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(i).

2.  Whether this Court should approve of the Institutional Investor Group's selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

## MEMORANDUM OF POINTS AND AUTHORITIES

On April 29, 2024, the statutory deadline, the Institutional Investor Group timely filed the Motion pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), seeking appointment as Lead Plaintiff and approval of its selection of Kessler Topaz as Lead Counsel. Six other movants also filed motions seeking appointment as Lead Plaintiff in this matter. *See* ECF Nos. 15, 23, 26, 29, 34, & 48.

The PSLRA provides that, in selecting a Lead Plaintiff, courts "shall adopt a presumption" that the movant asserting the "largest financial interest in the relief sought by the class," that otherwise satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), is the "most adequate plaintiff" to represent the class. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Here, as set forth in the Motion and supporting documents, the Institutional Investor Group suffered substantial losses of approximately $28,713,072.58 under a last-in, first out (LIFO) analysis in connection with Storebrand's, Afa's, and HANSAINVEST's transactions in Snowflake Class A common stock during the Class Period. *See* Mot. at 7-8. The Institutional Investor Group also readily satisfies the typicality and adequacy requirements of Rule 23 because the Institutional Investor Group's claims are typical of the members of the class, and the Institutional Investor Group will fairly

and adequately protect the interests of the class. *See id*. at 8-11. Furthermore, the Institutional Investor Group—comprised of three sophisticated institutional investors overseeing more than $190 billion in total assets—is the prototypical investor Congress sought to encourage to lead securities class actions. *See id.* at 3; H.R. Conf. Rep. No. 104-369, at 34 (1995), *reprinted in* 1995 U.S.C.C.A.N. 730, 733 ("[I]ncreasing the role of institutional investors in class actions will ultimately benefit shareholders and assist courts by improving the quality of representation in securities class actions.").

Given its substantial financial interest and ability to zealously represent the class, should the Court find that the competing movants claiming a larger financial interest fail to meet the PSLRA's criteria for appointment, the Institutional Investor Group respectfully requests that the Court grant the Motion, appoint the Institutional Investor Group as Lead Plaintiff, and approve the Institutional Investor Group's selection of Kessler Topaz as Lead Counsel. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii).

DATED: May 13, 2024                    Respectfully submitted,

                                       **KESSLER TOPAZ MELTZER**
                                       **& CHECK, LLP**

                                       */s/ Stacey M. Kaplan*
                                       STACEY M. KAPLAN (Bar No. 241989)
                                       (skaplan@ktmc.com)
                                       One Sansome Street, Suite 1850
                                       San Francisco, CA 94104
                                       Tel: (415) 400-3000
                                       Fax: (415) 400-3001

                                       *Counsel for Proposed Lead Plaintiff the Institutional Investor Group and Proposed Lead Counsel for the Class*