M. Elizabeth Graham (Cal. Bar Id. 143085)
**GRANT & EISENHOFER P.A.**
2325 Third Street, Suite 329
San Francisco, CA 94107
Tel.: (415) 229-9720
Fax: (415) 789-4367
Email: egraham@gelaw.com

Daniel L. Berger (*pro hac vice*)
Caitlin M. Moyna (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: dberger@gelaw.com
Email: cmoyna@gelaw.com

*Counsel for the NYC Funds and Proposed Lead*
*Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE L. FLANNERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SNOWFLAKE INC., FRANK SLOOTMAN, and MICHAEL P. SCARPELLI,<br><br>Defendants. | Case No. 5:24-cv-01234-PCP<br><br>**DECLARATION OF DANIEL L. BERGER IN FURTHER SUPPORT OF THE MOTION OF THE NYC FUNDS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Date: June 6, 2024<br>Time: 10:00 am<br>Courtroom: 8, 4th Floor<br>Judge: Hon. P. Casey Pitts |

1

DECLARATION OF DANIEL L. BERGER IN FURTHER SUPPORT OF THE MOTION OF THE NYC FUNDS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL – No. 5:24-cv-01234-PCP

I, DANIEL L. BERGER, under penalty of perjury and on oath, duly declare and state as follows:

1.      I am a principal of the law firm Grant & Eisenhofer P.A., 485 Lexington Avenue, New York, N.Y. 10017, counsel for movants Teachers' Retirement System of the City of New York ("TRS"), New York City Employees' Retirement System ("NYCERS"), New York City Police Pension Fund ("Police"), New York City Fire Department Pension Fund ("Fire"), Board of Education Retirement System of the City of New York ("BOE"), Police Officers' Variable Supplements Fund ("POVSF"), Police Superior Officers' Variable Supplements Fund ("PSOVSF"), New York City Firefighters' Variable Supplements Fund ("FFVSF"), New York City Fire Officers' Variable Supplements Fund ("FOVSF"), New York Fire Department Life Insurance Fund ("FDLIF"), and Teachers' Retirement System of the City of New York Variable Annuity Program ("TRS Var A") (collectively, the "NYC Funds").

2.      I submit this declaration in further support of the NYC Funds' motion, pursuant to § 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), for an order (i) appointing the NYC Funds as Lead Plaintiff in the class action; and (ii) approving the NYC Funds' selection of Grant & Eisenhofer P.A. as Lead Counsel for the class (the "Motion").

3.      Attached as Exhibit A is a Certification from the NYC Funds which contains a corrected Schedule A attached thereto.  This corrects a transposition error made in the initially filed Schedule A (ECF No. 16-1 at 6-12), specifically, that a sale of 80 shares of Snowflake common stock was inadvertently listed twice, both for TRS and for NYCERS, when the sale should just have been listed for TRS and not for NYCERS.

4.      However, the extra listing of the sale was not used to calculate the NYC Funds' losses, and it did not affect the calculation of any of the data in Exhibit B to my declaration dated April 29, 2024 (ECF No. 16-2).  Thus, the NYC Funds' LIFO losses, class period purchases and sales, net shares, and net funds expended which are listed in Exhibit B were, and remain accurate.

Signed and dated this 13th day of May, 2024, at New York, New York.

DECLARATION OF DANIEL L. BERGER IN FURTHER SUPPORT OF THE MOTION OF THE NYC FUNDS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL – No. 5:24-cv-01234-PCP

By: */s/ Daniel L. Berger*_____
Daniel L. Berger

3