# EXHIBIT A

**CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS**

I, Alexandra D. Jung, on behalf of Teachers' Retirement System of the City of New York ("TRS"), New York City Employees' Retirement System ("NYCERS"), New York City Police Pension Fund ("Police"), New York City Fire Department Pension Fund ("Fire"), Board of Education Retirement System of the City of New York ("BOE"), Police Officers' Variable Supplements Fund ("POVSF"), Police Superior Officers' Variable Supplements Fund ("PSOVSF"), New York City Firefighters' Variable Supplements Fund ("FFVSF"), New York City Fire Officers' Variable Supplements Fund ("FOVSF"), New York Fire Department Life Insurance Fund ("FDLIF"), and Teachers' Retirement System of the City of New York Variable Annuity Program ("TRS Var A") (collectively, the "NYC Funds"), certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1.    I am Senior Counsel at the New York City Law Department and am authorized to execute this Certification on behalf of the NYC Funds.

2.    I submit this Certification to correct a small transposition error which was contained in the original list of transactions by the NYC Funds attached to the Certification I submitted in connection with the Notice of Motion and Motion of the NYC Funds for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"). *See* Exhibit A to the Declaration of Daniel L. Berger in Support of the Motion (ECF No. 16-1). Specifically, the Schedule A attached to my Certification (*see id.* at 6-12) contained a transposition error – specifically, a sale of 80 shares of Snowflake common stock on October 8, 2020 at $242.19 was inadvertently listed twice, both for TRS and for NYCERS. However, the sale of 80 shares should not have been listed for NYCERS. Accordingly, the Corrected Schedule A attached hereto removes the aforementioned sale of 80 shares of Snowflake common stock from the transactions for NYCERS. Other than this change, the Corrected Schedule A is exactly the same as the original Schedule A.

3.    Further, the inadvertent inclusion of the sale of 80 shares for NYCERS was not used to calculate the losses of the NYC Funds, and did not affect the NYC Funds' losses and other Lax factors that were contained in the NYC Funds' Motion (ECF No. 15).

1

EXHIBIT A – CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS – No. 5:24-cv-01234-PCP

4.      The Corrected Schedule A replaces the Schedule A that was attached to my Certification filed in this action and dated April 29, 2024 (ECF No. 16-1 at 6-12).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of May, 2024.

/s/ _____

Alexandra D. Jung
Senior Counsel
New York City Law Department

2

EXHIBIT A – CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS – No. 5:24-cv-01234-PCP

## Snowflake, Inc. -- Corrected Schedule A

**Cusip:**        833445109
**Ticker:**       SNOW
**Class Period:** September 16, 2020 through March 22, 2022

### Teachers' Retirement System for the City of New York ("TRS")

**Fund # N0T0        Fund Name: NYC-TRS-PANAGORA-US SCC**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 09/16/20 | 80 | $120.00 | 10/08/20 | 80 | $242.19 |

**Fund # N0Y3        Fund Name: NYC-TRS-MORGAN STANLEY-GLOBAL**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 11/03/21 | 4,639 | $356.95 | | | |

**Fund # N0Y7        Fund Name:   NYC-TRS-SSGA LC R TOP 200 CORE**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 02/14/22 | 100 | $291.13 | | | |
| 02/14/22 | 3,200 | $291.13 | | | |
| 03/02/22 | 3,200 | $264.69 | | | |

**Fund # N0YM        Fund Name:   NYC-TRS-BLACKROCK R1000 CORE**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 06/25/21 | 76,691 | $247.09 | 11/19/21 | 3,540 | $392.15 |
| 09/17/21 | 48,746 | $322.80 | 11/19/21 | 4,563 | $392.15 |
| 12/17/21 | 2,047 | $332.33 | 01/06/22 | 1,663 | $297.09 |
| | | | 03/02/22 | 12,091 | $264.69 |

### New York City Employees' Retirement System ("NYCERS")

**Fund # N14F        Fund Name: NYC-ERS-MORGAN STANLEY-GLOBAL**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 11/03/21 | 3,711 | $356.95 | | | |

**Fund # N14J        Fund Name:   NYC-ERS-SSGA LC R TOP 200 CORE**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 02/14/22 | 100 | $291.13 | | | |
| 02/14/22 | 3,300 | $291.13 | | | |
| 03/02/22 | 2,900 | $264.69 | | | |

## Snowflake, Inc. -- Corrected Schedule A

**Cusip:**        833445109
**Ticker:**        SNOW
**Class Period:**   September 16, 2020 through March 22, 2022

**Fund # N1XP    Fund Name:   NYC-ERS-BLACKROCK R1000 CORE**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 06/25/21 | 53,539 | $247.09 | 11/01/21 | 6,396 | $357.73 |
| 09/17/21 | 37,063 | $322.80 | 12/17/21 | 1,610 | $332.33 |
|  |  |  | 03/02/22 | 2,901 | $264.69 |

**Fund # N1YG    Fund Name:   NYC-ERS-LEGAL & GENERAL US LCE**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 09/17/21 | 8,619 | $322.80 |  |  |  |
| 09/20/21 | 651 | $309.55 |  |  |  |
| 12/17/21 | 332 | $332.33 |  |  |  |
| 01/06/22 | 257 | $288.43 |  |  |  |

**Fund # N1ZX    Fund Name: NYC-ERS-PANAGORA-US SCC**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 09/16/20 | 56 | $120.00 | 10/08/20 | 56 | $242.19 |

## New York City Police Pension Fund ("POLICE")

**Fund # N2V0    Fund Name:   NYC-POL-SSGA LC R TOP 200 CORE**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 06/25/21 | 5,300 | $247.09 |  |  |  |
| 09/17/21 | 3,300 | $322.80 |  |  |  |
| 12/17/21 | 200 | $332.33 |  |  |  |

**Fund # N2VZ    Fund Name:   NYC-POL-BLACKROCK R1000 CORE**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 06/25/21 | 30,323 | $247.09 | 10/04/21 | 937 | $294.68 |
| 09/17/21 | 19,244 | $322.80 | 10/06/21 | 680 | $309.62 |
| 12/17/21 | 1,067 | $332.33 | 10/26/21 | 620 | $342.24 |
|  |  |  | 11/04/21 | 604 | $356.79 |
|  |  |  | 11/11/21 | 582 | $369.14 |
|  |  |  | 12/13/21 | 561 | $353.91 |
|  |  |  | 01/06/22 | 662 | $297.09 |
|  |  |  | 02/14/22 | 647 | $291.13 |

## Snowflake, Inc. -- Corrected Schedule A

**Cusip:**        833445109
**Ticker:**       SNOW
**Class Period:** September 16, 2020 through March 22, 2022

**Fund # N2WJ      Fund Name:   NYC-POL-LEGAL & GENERAL US LCE**

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 09/17/21 | 5,966 | $322.80 | | | | |
| 09/20/21 | 493 | $309.55 | | | | |
| 10/29/21 | 64 | $353.84 | | | | |
| 02/14/22 | 85 | $291.13 | | | | |

### New York City Fire Department Pension Fund ("FIRE")

**Fund # N3T5        Fund Name: NYC-FIR-MORGAN STANLEY-GLOBAL**

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 02/01/21 | 1 | $279.00 | | | | |
| 02/01/21 | 34 | $279.96 | | | | |
| 02/01/21 | 293 | $280.90 | | | | |
| 02/01/21 | 182 | $282.07 | | | | |
| 02/01/21 | 117 | $280.34 | | | | |
| 02/02/21 | 1,652 | $301.90 | | | | |
| 02/02/21 | 59 | $290.00 | | | | |
| 02/02/21 | 48 | $299.06 | | | | |
| 02/02/21 | 930 | $292.21 | | | | |
| 03/02/21 | 195 | $274.20 | | | | |
| 02/25/22 | 111 | $268.84 | | | | |

**Fund # N3TA        Fund Name:   NYC-FIR-SSGA LC R TOP 200 CORE**

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 06/25/21 | 3,600 | $247.09 | | | | |
| 09/17/21 | 2,300 | $322.80 | | | | |
| 12/17/21 | 200 | $332.33 | | | | |
| 03/02/22 | 800 | $264.69 | | | | |

**Fund # N3TX        Fund Name:   NYC-FIR-BLACKROCK R1000 CORE**

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 06/25/21 | 8,279 | $247.09 | | 10/06/21 | 188 | $309.62 |
| 09/17/21 | 5,193 | $322.80 | | 10/26/21 | 198 | $342.24 |
| 12/17/21 | 221 | $332.33 | | 11/04/21 | 212 | $356.79 |
| | | | | 11/11/21 | 172 | $369.14 |
| | | | | 11/19/21 | 90 | $392.15 |
| | | | | 11/19/21 | 70 | $392.15 |
| | | | | 12/13/21 | 194 | $353.91 |
| | | | | 01/06/22 | 206 | $297.09 |
| | | | | 03/02/22 | 1,690 | $264.69 |

# Snowflake, Inc. -- Corrected Schedule A

**Cusip:** 833445109
**Ticker:** SNOW
**Class Period:** September 16, 2020 through March 22, 2022

**Fund # N3UQ    Fund Name:   NYC-FIR-LEGAL & GENERAL US LCE**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 09/17/21 | 2,094 | $322.80 | 02/14/22 | 90 | $291.13 |
| 09/20/21 | 173 | $309.55 | | | |
| 10/29/21 | 29 | $353.84 | | | |

**Fund # N3WY    Fund Name: NYC-FIR-PANAGORA-US SCC**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 09/16/20 | 28 | $120.00 | 10/08/20 | 28 | $242.20 |

## Board of Education Retirement System of the City of New York ("BOE")

**Fund # N4RZ    Fund Name:   NYC-BOE-BLACKROCK R1000 CORE**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 06/25/21 | 4,938 | $247.09 | 10/26/21 | 364 | $342.24 |
| 09/17/21 | 3,111 | $322.80 | 11/19/21 | 116 | $392.15 |
| | | | 11/19/21 | 149 | $392.15 |

**Fund # N4SF    Fund Name:   NYC-BOE-SSGA LC R TOP 200 CORE**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 06/25/21 | 2,900 | $247.09 | | | |
| 09/17/21 | 1,300 | $322.80 | | | |

**Fund # N4SQ    Fund Name: NYC-BOE-MORGAN STANLEY-GLOBAL**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 02/01/21 | 1 | $279.00 | | | |
| 02/01/21 | 17 | $279.96 | | | |
| 02/01/21 | 91 | $282.07 | | | |
| 02/01/21 | 58 | $280.34 | | | |
| 02/01/21 | 146 | $280.90 | | | |
| 02/02/21 | 465 | $292.21 | | | |
| 02/02/21 | 826 | $301.90 | | | |
| 02/02/21 | 24 | $299.06 | | | |
| 02/02/21 | 30 | $290.00 | | | |
| 03/02/21 | 98 | $274.20 | | | |
| 02/25/22 | 55 | $268.84 | | | |

## Snowflake, Inc. -- Corrected Schedule A

**Cusip:**  833445109
**Ticker:**  SNOW
**Class Period:**  September 16, 2020 through March 22, 2022

### Police Officers' Variable Supplements Fund ("POVSF")

**Fund # N5BE**     **Fund Name:**  NYC-POVSF-BLACKROCK R1000 CORE

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 06/25/21 | 2,307 | $247.09 | | 12/08/21 | 324 | $370.28 |
| 09/17/21 | 1,496 | $322.80 | | | | |
| 12/17/21 | 71 | $332.33 | | | | |

### Police Superior Officers' Variable Supplements Fund ("PSOVSF")

**Fund # N6BF**     **Fund Name:**  NYC-PSOVSF-BLACKROCK R1000CORE

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 06/25/21 | 3,852 | $247.09 | | 12/08/21 | 729 | $370.28 |
| 09/17/21 | 2,500 | $322.80 | | | | |
| 12/17/21 | 100 | $332.33 | | | | |

### New York City Firefighters' Variable Supplements Fund ("FFVSF")

**Fund # N7BE**     **Fund Name:**  NYC-FFVSF-BLACKROCK R1000 CORE

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 06/25/21 | 602 | $247.09 | | 12/08/21 | 106 | $370.28 |
| 09/17/21 | 391 | $322.80 | | | | |
| 12/17/21 | 17 | $332.33 | | | | |

### New York City Fire Officers' Variable Supplements Fund ("FOVSF")

**Fund # N8BE**     **Fund Name:**  NYC-FOVSF-BLACKROCK R1000 CORE

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 06/25/21 | 423 | $247.09 | | 01/27/22 | 27 | $244.72 |
| 09/17/21 | 274 | $322.80 | | | | |
| 12/17/21 | 14 | $332.33 | | | | |

### New York Fire Department Life Insurance Fund ("FDLIF")

**Fund # NFAO**     **Fund Name:**  NYC-FDLIF-BLACKROCK R1000 CORE

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 06/25/21 | 57 | $247.09 | | | | |
| 09/17/21 | 38 | $322.80 | | | | |

## Snowflake, Inc. -- Corrected Schedule A

**Cusip:**          833445109
**Ticker:**          SNOW
**Class Period:**    September 16, 2020 through March 22, 2022

### Teachers' Retirement System of the City of New York Variable Annuity Program ("TRS Var A")

**Fund # G 30576    Fund Name:   NYCTRS TRANSITION IEF - A**

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 12/07/21 | 3,672 | $363.25 | | | | |

**Fund # G 39802    Fund Name:   NYCTRS SANDS**

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 11/17/21 | 124 | $399.03 | | | | |
| 11/23/21 | 56 | $340.22 | | | | |
| 01/28/22 | 3,513 | $249.31 | | | | |

**Fund # G 39804    Fund Name:   NYCTRS T ROWE**

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 02/28/22 | 600 | $271.05 | | | | |
| 03/02/22 | 400 | $266.39 | | | | |

**Fund # G 39805    Fund Name:   NYCTRS JENNISON**

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 10/01/21 | 152 | $304.20 | | | | |
| 10/13/21 | 177 | $321.28 | | | | |
| 10/15/21 | 53 | $332.85 | | | | |
| 12/10/21 | 909 | $368.94 | | | | |
| 12/10/21 | 171 | $368.80 | | | | |
| 12/13/21 | 1,136 | $358.04 | | | | |
| 12/13/21 | 442 | $358.04 | | | | |
| 12/15/21 | 362 | $347.15 | | | | |
| 12/15/21 | 67 | $347.87 | | | | |
| 12/16/21 | 836 | $333.49 | | | | |
| 12/16/21 | 733 | $333.49 | | | | |

**Fund # P 20961    Fund Name:   NYC TEACHERS RETIREMENT SYSTEM VARIABLES-REBALANCING-NT TRANS MGMT - A**

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 09/23/21 | 4,040 | $320.21 | | 12/17/21 | 1,313 | $322.79 |
| 10/25/21 | 9,015 | $342.23 | | | | |
| 10/26/21 | 3,366 | $343.32 | | | | |
| 10/27/21 | 2,341 | $348.48 | | | | |
| 10/28/21 | 2,240 | $347.22 | | | | |

## Snowflake, Inc. -- Corrected Schedule A

**Cusip:**          833445109
**Ticker:**         SNOW
**Class Period:**   September 16, 2020 through March 22, 2022

**Fund # P 77306    Fund Name:   NYC TEACHERS RETIREMENT SYSTEM VARIABLES- MELLON CAPITAL MGMT-RUSSELL3000 NON COMM- A**

| Purchases | | | | Sales | | |
| --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 06/25/21 | 26,354 | $247.07 | | | | |
| 09/17/21 | 19,814 | $322.80 | | | | |
| 11/18/21 | 3,160 | $397.43 | | | | |
| 12/17/21 | 2,279 | $332.33 | | | | |