# EXHIBIT B

**BOARD OF EDUCATION RETIREMENT SYSTEM**

1. THE ESTABLISHMENT BY THE BOARD OF EDUCATION OF THE CITY AND SCHOOL DISTRICT OF NEW YORK OF A RETIREMENT SYSTEM FOR ALL CIVIL EMPLOYEES PERMANENTLY EMPLOYED BY SAID BOARD OF EDUCATION OTHER THAN SUPERINTENDENTS AND TEACHERS WHO MAY NOW BE RETIRED UNDER THE PROVISIONS OF OTHER RETIREMENT LAWS.

2. PURSUANT TO THE RULES AND REGULATIONS ADOPTED IN ACCORDANCE WITH THE PROVISIONS OF SECTION EIGHT HUNDRED AND SEVENTY-TWO-A OF EDUCATION LAW, AS AMENDED BY CHAPTER SEVEN HUNDRED AND THIRTEEN OF THE LAWS OF NINETEEN AND TWENTY-ONE, SAID RULES AND REGULATIONS BECOME EFFECTIVE ON THE 31ST DAY OF AUGUST, NINETEEN HUNDRED AND TWENTY-ONE.

**(Also, see Chapter 750 of the Laws of 1926)**

**Name and Date of Establishment**

Section 1. Pursuant to the provisions of section eight hundred and seventy-two -a of the education law, as amended by chapter seven hundred and thirteen of the laws of nineteen hundred and twenty-one, a retirement system is hereby established, including the several funds created, and placed under the management of the retirement board, for the payment of retirement allowances and other benefits provided under the rules and regulations following, for employees of the board of education of the city and school district of New York, other than employees entitled to participate in the teachers' retirement system.

The retirement system so created shall be known as the "Board of Education Retirement System," and by such name all of its business shall be transacted, all of its funds invested, all warrants for money drawn and payments made, and all of its cash and securities and other property shall be held.

1

such Board shall consist of a majority of the Board as a whole including at least one employee representative. The concurrence of one employee representative shall be necessary for an act of such Board.

## Medical Board

Section 6. The retirement board shall designate a medical board to be composed of not less than three physicians. If required, other physicians may be employed to report on special cases.

The medical board shall arrange for and pass upon all medical examinations required under the provisions of these rules and regulations, shall investigate all essential statements and certificates by or on behalf of a member in connection with application for disability retirement, and shall report in writing to the retirement board its conclusions and recommendation upon all the matters referred to it.

## Management of Funds

Section 7. The funds created by these rules and regulations shall be managed as follows:

(1) The members of the retirement board shall be the trustees of the several funds created by these rules and regulations, and shall have full power to invest the same, subject to all the terms, conditions, limitations and restrictions imposed by these rules and regulations upon the making of investments, and subject also to the terms, conditions, limitations and restrictions imposed by law upon savings banks in the making and disposing of investments of savings banks, except as to obligations of the city of New York; and, subject to like terms, conditions, limitations and restrictions, said trustees shall have full power to hold, purchase, sell, assign, transfer or dispose of any of the securities or investments in which any of the funds created by these rules and regulations shall have been invested as well as of the proceeds of said investments and of any moneys belonging to said funds.

(2) a. The retirement board shall annually allow regular interest on the mean amount for the preceding year in each of the

funds created in accordance with the provisions of these rules and regulations.

The amount so allowed shall be due and payable to said funds, and shall be annually credited thereto by the retirement board.

b. The investment earnings of the retirement system shall be determined for the calendar year nineteen hundred sixty-four. To the extent that such earnings are in excess of the amount allowed as regular interest for calendar year nineteen hundred sixty-four, the board shall declare a rate of special interest, expressed to the lower one-tenth of one per centum, but not to exceed one per centum to be determined by the amount by which the investment earnings exceed the amount required for the allowance of regular interest divided by the aggregate mean amount for the calendar year nineteen hundred sixty-four in the annuity saving funds of members who are allowed regular interest at three per centum per annum for calendar year nineteen hundred sixty-four. Special interest, as determined by multiplying said special interest rate by the mean amount for the calendar year nineteen hundred sixty-four in the individual annuity savings funds of persons who are allowed regular interest at three per centum per annum for calendar year nineteen hundred sixty-four, shall be credited as of December thirty-first nineteen hundred sixty-four to the individual annuity savings funds of persons who are members, with balance, after adjustment, as of June thirtieth nineteen hundred sixty-five and who are allowed regular interest at the rate of three per centum per annum for calendar year nineteen hundred sixty-four. For members who are allowed regular interest at three per centum for calendar year nineteen hundred sixty-four and who do not have a balance, after adjustment, in their annuity savings funds as of June thirtieth, nineteen hundred sixty-five, a payment shall be made equal to the amount of special interest which would have been credited as of December thirty-first nineteen hundred sixty-five, provided that the sum of said special interest and any additional interest to be paid

pursuant to paragraph c hereof is ten dollars or more.  Special interest shall not be considered in determining rates of contribution of members.

c.  If the full one per centum of special interest has been allowed, then to the extent that the amount of said earnings exceed the amount allowed as regular interest and the amount allowed or paid as special interest, the board shall declare a rate of additional interest, expressed to the lower one-tenth of one per centum, but not to exceed one per centum, to be determined by the amount by which the investment earnings exceed the sum of the allowance of regular interest and the allowance and payment of special interest divided by the aggregate mean amount for calendar year nineteen sixty-four which would be the reserve-for-increased-take-home-pay of all members to whom special interest is credited or paid pursuant to paragraph b hereof.  In determining the reserve-for-increased-take-home-pay of any member to whom special interest is credited pursuant to paragraph b hereof additional interest, as determined by multiplying said additional interest rate by the mean amount for calendar year nineteen hundred sixty-four which would be said member's reserve-for-increased-take-home-pay shall be included.  However, for members who are allowed regular interest at three per centum per annum for calendar year nineteen hundred sixty-four and who retire or die prior to June thirtieth, nineteen hundred sixty-five, the amount of additional interest for calendar year nineteen hundred sixty-four shall not be included in the retirement allowance, but shall be paid in a single payment provided that the sum of said additional interest and any special interest to be paid pursuant to paragraph b hereof is ten dollars or more.  Additional interest shall not be considered in determining rates of contribution of members.

d.  The investment earnings of the retirement system shall be determined for the calendar year nineteen hundred sixty-five.  To the extent that such earnings are in excess of the amount allowed as regular interest for calendar year nineteen hundred sixty-five, the board shall declare a rate of special interest, expressed to the lower

one-tenth of one per centum, but not to exceed one per centum, to be determined by the amount by which the investment earnings exceed the amount required for the allowance of regular interest divided by the aggregate mean amount for the calendar year nineteen hundred sixty-five in the annuity savings funds of members who are allowed regular interest at three per centum for calendar year nineteen hundred sixty-five.  Special interest, as determined by multiplying said special interest rate by the mean amount for the calendar year nineteen hundred sixty-five in the individual annuity savings funds of persons who are allowed regular interest at three per centum per annum for calendar year nineteen hundred sixty-five to the individual annuity savings funds of persons who are members, with a balance, after adjustment, as of June thirtieth, nineteen hundred sixty-six and who are allowed regular interest at the rate of three per centum per annum for calendar year nineteen hundred sixty-five.  For members who are allowed regular interest at three per centum for calendar year nineteen hundred sixty-five and who do not have a balance, after adjustment, in their annuity savings funds as of June thirtieth, nineteen hundred sixty-six, a payment shall be made equal to the amount of special interest which would have been credited as of December thirty-first nineteen hundred sixty-five had they had a balance in their annuity savings funds as of June thirtieth, nineteen hundred sixty-six, provided that the sum of said special interest and any additional interest to be paid pursuant to paragraph e hereof is ten dollars or more.  Special interest shall not be considered in determining rates of contribution of members.

e.  If the full one per centum of special interest has been allowed, then to the extent that the amount of said earnings exceeds the amount allowed as regular interest and the amount allowed or paid as special interest, the board shall declare a rate of additional interest, expressed to the lower one-tenth of one per centum, but not to exceed one per centum, to be determined by the amount by which the investment earnings exceed the sum of the allowance of

32

regular interest and the allowance and payment of special interest divided by the aggregate mean amount for calendar year nineteen hundred sixty-five which would be the reserve-for-increased-take-home-pay of all members to whom special interest is credited or paid pursuant to paragraph d hereof.  In determining the reserve-for-increased-take-home-pay of any members to whom special interest is credited pursuant to paragraph d hereof, additional interest as determined by multiplying said additional interest rate by the mean amount for calendar year nineteen hundred sixty-five which would be said member's reserve-for-increased-take-home-pay shall be included.   However, for members who allowed regular interest at three per centum per annum for calendar year nineteen hundred sixty-five and who retire or die prior to June thirtieth, nineteen hundred sixty-six, the amount of additional interest for calendar year nineteen hundred sixty-five shall not be included in the retirement allowance, but shall be paid in a single payment provided that the sum of said additional interest and any special interest to be paid pursuant to paragraph d hereof is ten dollars or more.   Additional interest shall not be considered in determining rates of contribution of members.

f.   The investment earnings of the retirement system shall be determined for the calendar year nineteen hundred sixty-six.  To the extent that such earnings are in excess of the amount allowed as regular interest for calendar year nineteen hundred sixty-six, the board shall declare a rate of special interest, expressed to the lower one-tenth of one per centum, but not to exceed one per centum, to be determined by the amount by which the investment earnings exceed the amount required for the allowance of regular interest divided by the aggregate mean amount for the calendar year nineteen hundred sixty-six in the annuity savings funds of members who are allowed regular interest at three per centum per annum for calendar year nineteen hundred sixty-six.   Special interest, as determined by multiplying said special interest rate by the mean

33

amount for the calendar year nineteen hundred sixty-six in the individual annuity savings funds of persons who are allowed regular interest at three per centum per annum for calendar year nineteen hundred sixty-six, shall be credited as of December thirty-first nineteen hundred sixty-six to the individual annuity savings funds of persons who are members, with a balance, after adjustment, as of June thirtieth, nineteen hundred sixty-seven and who are allowed regular interest at the rate of three per centum per annum for calendar year nineteen hundred sixty-six.  For members who are allowed regular interest at three per centum for calendar year nineteen hundred sixty-six and who do not have a balance, after adjustment, in their annuity savings funds as of June thirtieth, nineteen hundred sixty-seven, a payment shall be made equal to the amount of special interest which would have been credited as of December thirty-first nineteen hundred sixty-seven had they had a balance in their annuity savings funds as of June thirtieth, nineteen hundred sixty-seven, provided that the sum of said special interest and any additional interest to be paid pursuant to paragraph g hereof is ten dollars or more.  Special interest shall not be considered in determining rates of contribution to members.

g.  If the full one per centum of special interest has been allowed, then to the extent that the amount of said earnings exceeds the amount allowed as regular interest and the amount allowed or paid as special interest, the board shall declare a rate of additional interest, expressed to the lower one-tenth of one per centum, but not to exceed one per centum, to be determined by the amount by which the investment earnings exceed the sum of the allowance of regular interest and the allowance and payment of special interest divided by the aggregate mean amount for calendar year nineteen hundred sixty-six which would be the reserve-for-increased-take-home-pay of all members to whom special interest is credited or paid pursuant of paragraph f hereof.  In determining the reserve-for-increased-take-home-pay of any member to whom special interest is

credited pursuant to paragraph f hereof, additional interest as determined by multiplying said additional interest rate by the mean amount for calendar year nineteen hundred sixty-six which would be said member's reserve-for-increased-take-home-pay shall be included.  However, for members who are allowed regular interest at three per centum per annum for calendar year nineteen hundred sixty-six and who retire or die prior to June thirtieth, nineteen hundred sixty-seven, the amount of additional interest for calendar year nineteen hundred sixty-six shall not be included in the retirement allowance, but shall be paid in a single payment provided that the sum of said additional interest and any special interest to be paid pursuant to paragraph f thereof is ten dollars or more. Additional interest shall not be considered in determining rates of contribution of members.

h.    During the period commencing on July first, nineteen hundred seventy-seven and ending on June thirtieth, nineteen hundred and eighty-two, special interest at the rate of one and one-half per centum per annum, compounded annually, shall be allowed with respect to the individual account of each member in the annuity savings fund.   Such special interest shall be credited to such individual account of each member and entitled thereto in the same manner and at the same time as regular interest is required to be credited to such account with respect to the same period of time. Such special interest shall not be considered in determining rates of contributions of members.  Nothing contained in this subdivision h shall be construed as applicable to any member who is subject to the provisions of article fourteen of the retirement and social security law.

(3)  The comptroller of the city of New York shall be custodian of the several funds created by these rules and regulations.  Said funds, and all moneys which shall form a part thereof, or which shall hereafter accrue to them, shall be in his custody for the purposes of these rules and regulations, subject to the direction, control and

35

approval of the retirement board as to disposition, investment, management and report.  All payments from said funds shall be made by him upon vouchers authorized by the retirement board and signed by its Executive Director.

(4)  For the purpose of meeting disbursements for pensions, annuities and other payments there may be kept an available fund, not exceeding ten per centum of the total amount in the several funds created by these rules and regulations, on deposit in any bank in this state, organized under the laws thereof or under the laws of the United States, or in any trust company incorporated by any laws of this state, provided said bank or trust company shall furnish adequate security for said fund and provided that the sum deposited in any one bank or trust company shall not exceed twenty-five per centum of the paid-up capital and surplus of said bank or trust company.

(5)  Except as herein provided, no trustee and no member or employee or the retirement board shall have any interest, direct or indirect, in the gains or profits of any investment of the retirement system nor as such, directly or indirectly, receive any pay or emolument for his services for the retirement system.  And no trustee and no member or employee of the said board, directly or indirectly, for himself or as an agent or partner of others, shall borrow any of the funds or deposits of the retirement system or in any manner use the same except to make such current and necessary payments as are authorized by the retirement board; nor shall any trustee or any member or employee of the retirement board become an endorser or surety or become in any manner an obligor for moneys loaned by or borrowed of said board.

(6)  (a)  As used in this Subdivision (6), the following terms shall mean and include:

(i)  "Securities".  Bonds, obligations and mortgages which constitute lawful investments for the retirement system.

(ii)  "Sell".  To carry out a transaction whereby the retirement system transfers title to any securities which it holds, or exchanges or otherwise disposes of any such securities.

(iii)  "Sale".  The carrying out of any transaction described in subparagraph (ii) of this paragraph (a).

(iv)  "City fiscal year".  The fiscal year of the City of New York.

(b)  Nothwithstanding any other provisions of these rules and regulations to the contrary, in any case where:

(i)  the retirement system, on or after July first, nineteen hundred seventy-two and prior to the adoption of this subdivision (6), sold, or on or after the date of adoption of this subdivision sells, securities in which any of its funds are invested; and

(ii)  realized or realizes a gain or sustained or sustains a loss with respect to such sale; and

(iii)  under these rules and regulations, the board of education is entitled to credit for any such gain in the determination of its required contributions to the retirement system, or is required to reimburse such retirement system for any such loss; and

(iv)  such sale and the subsequent actions of the retirement system in relation thereto or to the proceeds of the sale are such that the provisions of Section 177-b of the Retirement and Social Security Law are not applicable to the crediting of such gain or the charging of such loss; such gain or loss shall be treated in the manner prescribed by paragraphs (c) and (d) of this subdivision (6).

(c)  If any such sale resulted or results in a gain, the amount of such gain shall, beginning with the second city fiscal year in which such gain was realized by credited in favor of the board of education in twenty equal annual installments, which, when so

credited, shall be the actuarial equivalent of the amount of such gain.

(d)  If any such sale resulted or results in a loss, the board of education shall, beginning with the second city fiscal year next succeeding the city fiscal year in which such loss was sustained by the retirement system, pay to the contingent reserve fund of such system, in twenty equal installments an amount which, when paid in such installments, shall be the actuarial equivalent of the amount of such loss.

(e)   Nothing contained in this subdivision (6) shall be construed as applicable to any sale of securities constituting an investment made with funds which are a part of a variable annuity program.

### Funds

Section 8. The funds hereby created are the annuity savings fund, the annuity reserve fund, the contingent reserve fund, the pension reserve fund and the pension fund.

(1)  a.  The annuity savings fund shall be the fund in which shall be accumulated deductions from the compensation of members to provide for their annuities and their withdrawal allowances.

b.  In addition to any other deductions, a member may elect to contribute to the annuity savings fund a lump sum equivalent to the additional amount which would be in such fund if deductions had been made on the basis of his total earnable compensation, including cost-of-living salary adjustment, for the period during which he received the same, insofar as such period is within the period of final compensation.  The election by the member may be made, only, immediately prior to the effective date of his retirement, and such election when made shall cause such member's final

38