M. Elizabeth Graham (Cal. Bar Id. 143085)
**GRANT & EISENHOFER P.A.**
2325 Third Street, Suite 329
San Francisco, CA 94107
Tel.: (415) 229-9720
Fax: (415) 789-4367
Email: egraham@gelaw.com

Daniel L. Berger (*pro hac vice*)
Caitlin M. Moyna (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: dberger@gelaw.com
Email: cmoyna@gelaw.com

*Counsel for the NYC Funds and Proposed Lead*
*Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SUZANNE L. FLANNERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SNOWFLAKE INC., FRANK SLOOTMAN, and MICHAEL P. SCARPELLI,<br><br>Defendants. | Case No. 5:24-cv-01234-PCP<br><br>**DECLARATION OF DANIEL L. BERGER IN FURTHER SUPPORT OF THE MOTION OF THE NYC FUNDS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Date: June 6, 2024<br>Time: 10:00 am<br>Courtroom: 8, 4th Floor<br>Judge: Hon. P. Casey Pitts |

1

DECLARATION OF DANIEL L. BERGER IN FURTHER SUPPORT OF THE MOTION OF THE NYC FUNDS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL – No. 5:24-cv-01234-PCP

I, DANIEL L. BERGER, under penalty of perjury and on oath, duly declare and state as follows:

1.      I am a principal of the law firm Grant & Eisenhofer P.A., 485 Lexington Avenue, New York, N.Y. 10017, counsel for movants Teachers' Retirement System of the City of New York ("TRS"); New York City Employees' Retirement System ("NYCERS"); New York City Police Pension Fund ("Police"); New York City Fire Department Pension Fund ("Fire"); Board of Education Retirement System of the City of New York ("BOE"); Police Officers' Variable Supplements Fund ("POVSF"); Police Superior Officers' Variable Supplements Fund ("PSOVSF"); New York City Firefighters' Variable Supplements Fund ("FFVSF"); New York City Fire Officers' Variable Supplements Fund ("FOVSF"); New York Fire Department Life Insurance Fund ("FDLIF"); and Teachers' Retirement System of the City of New York Variable Annuity Program ("TRS Var. A") (collectively, the "NYC Funds").

2.      I submit this declaration in further support of the NYC Funds' motion, pursuant to § 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), for an order (i) appointing the NYC Funds as Lead Plaintiff in the class action; and (ii) approving the NYC Funds' selection of Grant & Eisenhofer P.A. as Lead Counsel for the class (the "Motion").

3.      Attached as **Exhibit A** is Notice of Motion, Motion and Memorandum of Points and Authorities in Support of Motion by the New York City Pension Funds for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel, *Garber v. Juniper Networks*, 5:06-cv-04327 (N.D. Cal. Sept. 15, 2006), ECF No. 10.

4.      Attached as **Exhibit B** is Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Lead Counsel, *In re AT&T Securities Litigation*, 2:23-cv-4064 (D.N.J. Apr. 16, 2024), ECF No. 49.

5.      Attached as **Exhibit C** is Notification of Docket Entry, *KBC Asset Mgmt. NV v. Discover Financial*, 1:23-cv-06788 (N.D. Ill. Nov. 30, 2023), ECF No. 61.

6.      Attached as **Exhibit D** is Brief for NYC Funds in Response to Competing Motions for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel for the

Class, *Crews, Jr. v. Rivian Auto., Inc., et al.*, No. 2:22-cv-01524 (C.D. Cal. May 11, 2022), ECF No. 72.

7.    Attached as **Exhibit E** is Transcript of Oral Argument, *Sjunde AP-Fonden et al. v. Gen. Elec. Co., et al.*, 1:17-cv-8457 (S.D.N.Y. May 23, 2018), ECF No. 140.

8.    Attached as **Exhibit F** is Transcript of Oral Argument, *In re Am. Realty Cap. Litig.*, 1:14-cv-8659 (S.D.N.Y. Feb. 10, 2015), ECF No. 106.

Signed and dated this 20th day of May, 2024, at New York, New York.

By: */s/ Daniel L. Berger*_____
Daniel L. Berger

---

3

DECLARATION OF DANIEL L. BERGER IN FURTHER SUPPORT OF THE MOTION OF THE NYC FUNDS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL – No. 5:24-cv-01234-PCP