# EXHIBIT C

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division


Eugene Mannacio

                              Plaintiff,

v.                                                    Case No.: 1:23−cv−06788
                                                      Honorable Charles P. Kocoras

Discover Financial Services, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, November 30, 2023:


     MINUTE entry before the Honorable Charles P. Kocoras: In light of the
Stipulation [52] filed on 11/17/23, New York City Employees' Retirement System, New
York City Fire Department Pension Fund, New York City Police Pension Fund, Teachers'
Retirement System of the City of New York (collectively, the "NYC Funds") and KBC
Asset Management NV are appointed lead plaintiffs. Motley Rice and Lieff Cabraser are
appointed as co−lead counsel, and Cohen Milstein is appointed as liaison counsel for the
class. Motions for appointment as lead plaintiff and approval of selection of lead counsel
[10, 13, 18] are denied as moot. Telephonic status hearing set for 12/14/23 at 10:40 a.m.
For the telephonic status hearing, parties are to use the following call−in number: (888)
684 8852, conference code 8819984. COUNSEL MUST TYPE IN THEIR NAME
WHEN JOINING THE CALL. Throughout the telephonic hearing, each speaker will be
expected to identify themselves for the record before speaking.(rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.