# EXHIBIT D

Richard M. Heimann (063607)
rheimann@lchb.com
Katherine Lubin Benson (259826)
kbenson@lchb.com
Michael K. Sheen (288284)
msheen@lchb.com
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Daniel P. Chiplock
  (*pro hac vice* forthcoming)
dchiplock@lchb.com
Nicholas Diamand
  (*pro hac vice* forthcoming)
ndiamand@lchb.com
Sharon M. Lee
  (*pro hac vice* forthcoming)
slee@lchb.com
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Steven J. Toll
  (*pro hac vice* forthcoming)
stoll@cohenmilstein.com
Julie Goldsmith Reiser
  (*pro hac vice* forthcoming)
jreiser@cohenmilstein.com
COHEN MILSTEIN SELLERS
  & TOLL, PLLC
1100 New York Avenue, N.W.,
5th Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Benjamin F. Jackson
  (*pro hac vice* forthcoming)
bjackson@cohenmilstein.com
COHEN MILSTEIN SELLERS
  & TOLL, PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Counsel for Proposed Lead Plaintiff the NYC Funds and Proposed Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| CHARLES LARRY CREWS, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, CLAIRE MCDONOUGH, JEFFREY R. BAKER, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY FLATLEY, PAMELA THOMAS-GRAHAM, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO., LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES | Case No. 2:22-cv-01524-RGK (Ex) <br><br> **NYC FUNDS' RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL FOR THE CLASS** <br><br> Date: June 6, 2022 <br> Time: 9:00 a.m. <br> Judge: Hon. R. Gary Klausner <br> Courtroom 850, 8th Floor, Roybal Courthouse |

2413254.2

NYC PENSION FUNDS' RESPONSE TO COMPETING MOTIONS RE
LEAD PLAINTIFF APPOINTMENT & COUNSEL SELECTION
CASE NO. 2:22-CV-01524-RGK (Ex)

INC., ALLEN & COMPANY LLC, BOFA SECURITIES, INC., MIZUHO SECURITIES USA LLC, WELLS FARGO SECURITIES, LLC, NOMURA SECURITIES INTERNATIONAL, INC., PIPER SANDLER & CO., RBC CAPITAL MARKETS, LLC, ROBERT W. BAIRD & CO. INC., WEDBUSH SECURITIES INC., ACADEMY SECURITIES, INC., BLAYLOCK VAN, LLC, CABRERA CAPITAL MARKETS LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, SAMUEL A. RAMIREZ & CO., INC., SIEBERT WILLIAMS SHANK & CO., LLC, and TIGRESS FINANCIAL PARTNERS LLC,

                    Defendants.

ALBERT NICHOLAS HORVATH, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

          v.

RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, CLAIRE MCDONOUGH, JEFFREY R. BAKER, JITEN BEHL, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY FLATLEY, PAMELA THOMAS-GRAHAM, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO., LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK SECURITIES INC., ALLEN & COMPANY LLC, BOFA SECURITIES, INC., MIZUHO SECURITIES USA LLC, WELLS FARGO SECURITIES, LLC, NOMURA SECURITIES INTERNATIONAL, INC., PIPER SANDLER & CO., RBC CAPITAL MARKETS, LLC, ROBERT W. BAIRD & CO. INC., WEDBUSH SECURITIES INC., ACADEMY SECURITIES, INC., BLAYLOCK VAN, LLC, CABRERA CAPITAL MARKETS LLC, C.L. KING & ASSOCIATES, INC., LOOP CAPITAL MARKETS LLC, SAMUEL A. RAMIREZ & CO., INC., SIEBERT WILLIAMS SHANK & CO., LLC, and TIGRESS FINANCIAL PARTNERS LLC,

Case No. 8:22-cv-00444-RGK (Ex)

2413254.2

Defendants.

GRAYSON SMITH, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

RIVIAN AUTOMOTIVE, INC., ROBERT J. SCARINGE, CLAIRE MCDONOUGH, JEFFREY R. BAKER, JITEN BEHL, KAREN BOONE, SANFORD SCHWARTZ, ROSE MARCARIO, PETER KRAWIEC, JAY FLATLEY, and PAMELA THOMAS-GRAHAM,

Defendants.

Case No. 8:22-cv-00829-RGK (Ex)

NYC PENSION FUNDS' RESPONSE TO COMPETING MOTIONS RE LEAD PLAINTIFF APPOINTMENT & COUNSEL SELECTION CASE NO. 2:22-CV-01524-RGK (Ex)

2413254.2

Movants the New York City Public Pension Funds ("NYC Funds")[1] (*see* ECF No. 58) respectfully submit this response to the competing motions for appointment as lead plaintiff and approval of selection of lead counsel. Based on the representations made in the competing motions and accompanying materials, the NYC Funds' reported LIFO loss of $12,272,867.28 from transactions in Rivian stock[2] does not appear to be the largest financial interest in the relief sought by the class under the Private Securities Litigation Reform Act of 1995.

The NYC Funds have made a detailed showing that they can serve effectively as lead plaintiff: their interests are well-aligned with those of the class, they are highly invested in the outcome of this litigation, and they bring extensive experience leading securities class actions, including having in-house counsel who are experienced in securities litigation and who will ensure that the litigation is client-driven. The NYC Funds also have retained highly qualified and experienced counsel to represent the class in this action. *See* NYC Funds' Br. (ECF No. 58-1) at 9-11.

Accordingly, for the reasons described in this response and in their opening submissions (ECF No. 58), the NYC Funds have demonstrated they are more than qualified and willing to serve as a lead plaintiff should the Court in its discretion

---

[1] For purposes of their motion, the "NYC Funds" are the Board of Education Retirement System of the City of New York, the Fire Department Life Insurance Fund, the New York City Fire Fighters' Variable Supplements Fund, the New York City Fire Department Pension Fund, the New York City Fire Officers' Variable Supplements Fund, the New York City Employees' Retirement System, the New York City Police Pension Fund, the Police Officers' Variable Supplement Fund, the Police Superior Officers' Variable Supplement Fund, the Teachers' Retirement System of the City of New York, and the Teachers' Retirement System of the City of New York Variable Annuity Program.

[2] In accordance with the four-factor test for largest financial interest, the NYC Funds reported that during the Class Period (*i.e.*, November 10, 2021 through March 10, 2022, inclusive) they (1) purchased a total of 289,276 shares of Rivian stock; (2) purchased a net amount of 132,397 shares of Rivian stock; (3) had net expenditures of $17,554,532.34 of Rivian stock; and (4) suffered a LIFO loss of $12,272,867.28 as a result of the disclosure of the fraud. *See* Declaration of Katherine Lubin Benson Ex. C (loss analysis charts) (ECF No. 58-5).

deem it necessary or appropriate.  The NYC Funds make this filing without waiving their right to file a reply in connection with this motion and/or to address those issues at the June 6, 2022 hearing before the Court, should either be warranted.


Dated:  May 11, 2022                       Respectfully submitted,

                                           LIEFF CABRASER HEIMANN &
                                           BERNSTEIN, LLP


                                           By:  */s/ Katherine Lubin Benson*
                                                Richard M. Heimann (063607)
                                                rheimann@lchb.com
                                                Katherine Lubin Benson (259826)
                                                kbenson@lchb.com
                                                Michael K. Sheen (288284)
                                                msheen@lchb.com
                                                LIEFF CABRASER HEIMANN
                                                 & BERNSTEIN, LLP
                                                275 Battery Street, 29th Floor
                                                San Francisco, CA  94111-3339
                                                Telephone: (415) 956-1000
                                                Facsimile: (415) 956-1008

                                                Daniel P. Chiplock
                                                 (*pro hac vice* forthcoming)
                                                dchiplock@lchb.com
                                                Nicholas Diamand
                                                 (*pro hac vice* forthcoming)
                                                ndiamand@lchb.com
                                                Sharon M. Lee
                                                 (*pro hac vice* forthcoming)
                                                slee@lchb.com
                                                LIEFF CABRASER HEIMANN
                                                 & BERNSTEIN, LLP
                                                250 Hudson Street, 8th Floor
                                                New York, NY 10013-1413
                                                Telephone: (212) 355-9500
                                                Facsimile:  (212) 355-9592

Steven J. Toll
 (*pro hac vice* forthcoming)
stoll@cohenmilstein.com
Julie Goldsmith Reiser
 (*pro hac vice* forthcoming)
jreiser@cohenmilstein.com
COHEN MILSTEIN SELLERS
 & TOLL, PLLC
1100 New York Avenue, N.W., 5th Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Benjamin F. Jackson
 (*pro hac vice* forthcoming)
bjackson@cohenmilstein.com
COHEN MILSTEIN SELLERS
 & TOLL, PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Counsel for Proposed Lead Plaintiff the
NYC Funds and Proposed Co-Lead Counsel
for the Class*

- 3 -

2413254.2

NYC PENSION FUNDS' RESPONSE TO COMPETING MOTIONS RE
LEAD PLAINTIFF APPOINTMENT & COUNSEL SELECTION
CASE NO. 2:22-CV-01524-RGK (Ex)