**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096
dkaplan@saxenawhite.com

*Counsel for Proposed Lead Plaintiff Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement System, and as Trustee of the New York State Common Retirement Fund, and Proposed Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE L. FLANNERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SNOWFLAKE INC., FRANK SLOOTMAN, AND MICHAEL P. SCARPELLI,<br><br>Defendants. | No. 5:24-cv-01234-PCP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF THE REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THE MOTION OF THOMAS P. DINAPOLI, COMPTROLLER OF THE STATE OF NEW YORK, AS ADMINISTRATIVE HEAD OF THE NEW YORK STATE AND LOCAL RETIREMENT SYSTEM, AND AS TRUSTEE OF THE NEW YORK STATE COMMON RETIREMENT FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>DATE: June 6, 2024<br>TIME: 10:00 am<br>COURTROOM: 8—4th Floor<br>JUDGE: Hon. P. Casey Pitts |

DECL. OF DAVID R. KAPLAN ISO THE REPLY MEMORANDUM OF POINTS & AUTHORITIES IN FURTHER SUPPORT OF THE MOT. OF NYSCRF FOR APP'T AS LEAD PLAINTIFF & APPROVAL OF SELECTION OF LEAD COUNSEL
CASE NO. 5:24-CV-01234-PCP

I, David R. Kaplan, declare on this 20th day of May 2024:

1.    I am a Director with the law firm of Saxena White P.A., proposed Lead Counsel for the Class and a member in good standing of the Bar of the State of California and am admitted to practice before this Court.[1]  I submit this Declaration in support of the reply memorandum of points and authorities in further support of the motion of NYSCRF for appointment as Lead Plaintiff and approval of selection of Lead Counsel.

2.    Attached as Exhibit A are true and correct copies of Certifications previously submitted on behalf of members of the NYC Eleven and other evidence; and

3.    Attached as Exhibit B are true and correct copies of Orders appointing lead plaintiff and approving selection of counsel.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2024                          Respectfully submitted,

                                             By: /s/ David R. Kaplan

---

[1] All defined terms take their meanings from NYSCRF's opening and opposition briefs, ECF Nos. 34, 73.

1

DECL. OF DAVID R. KAPLAN ISO THE REPLY MEMORANDUM OF POINTS & AUTHORITIES IN FURTHER SUPPORT OF THE MOT. OF NYSCRF FOR APP'T AS LEAD PLAINTIFF & APPROVAL OF SELECTION OF LEAD COUNSEL
CASE NO. 5:24-CV-01234-PCP

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on May 20, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

*/s/ David R. Kaplan*
David R. Kaplan

DECL. OF DAVID R. KAPLAN ISO THE REPLY MEMORANDUM OF POINTS & AUTHORITIES IN FURTHER SUPPORT OF THE MOT. OF NYSCRF FOR APP'T AS LEAD PLAINTIFF & APPROVAL OF SELECTION OF LEAD COUNSEL
CASE NO. 5:24-CV-01234-PCP