UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TUERPE,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANK SLOOTMAN, et al.,<br><br>    Defendants. | Case No. 24-cv-02502-RS<br><br>**REFERRAL FOR RELATED CASE DETERMINATION** |

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable P. Casey Pitts for a determination as to whether it is related to *Flannery v. Snowflake, Inc., et al.*, Case No. 3:24-cv-01234-PCP within the meaning of the rule.

**IT IS SO ORDERED**.

Dated: July 16, 2024

RICHARD SEEBORG
Chief United States District Judge