UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUZANNE L. FLANNERY,

Plaintiff,

v.

SNOWFLAKE INC., et al.,

Defendants.

Case No.  24-cv-01234-PCP

**RELATED CASE ORDER**

Re: Dkt. No. 93

Pursuant to Civil L.R. 3-12, Chief Judge Seeborg issued a sua sponte judicial referral for purpose of determining whether *Tuerpe v. Slootman, et al*., Case No. 3:24-cv-02502-RS is related to this action. Dkt No. 93. No party filed a statement in support or opposition. The Court has reviewed the referral and has determined that these cases do not satisfy the requirements of Local Rule 3-12. Accordingly, no reassignment shall occur.

**IT IS SO ORDERED.**

Dated: August 5, 2024

_____

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California