ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
BRIAN E. COCHRAN (286202)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
bcochran@rgrdlaw.com

Attorneys for Plaintiff Suzanne L. Flannery

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUZANNE L. FLANNERY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SNOWFLAKE INC., et al.,<br><br>Defendants. | Case No. 5:24-cv-01234-PCP<br><br><u>CLASS ACTION</u><br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(I) |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Suzanne L. Flannery hereby voluntarily dismisses her claims without prejudice to her ability to participate in this action as an absent class member.  The class's interests will continue to be represented by Court-appointed Lead Counsel.

DATED:  November 18, 2024          ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                                   BRIAN E. COCHRAN


                                           s/ Brian E. Cochran
                                   _____
                                         BRIAN E. COCHRAN

                                   655 West Broadway, Suite 1900
                                   San Diego, CA  92101-8498
                                   Telephone:  619/231-1058
                                   619/231-7423 (fax)
                                   bcochran@rgrdlaw.com

                                   ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                                   SHAWN A. WILLIAMS
                                   Post Montgomery Center
                                   One Montgomery Street, Suite 1800
                                   San Francisco, CA  94104
                                   Telephone:  415/288-4545
                                   415/288-4534 (fax)
                                   shawnw@rgrdlaw.com


                                   Attorneys for Plaintiff Suzanne L. Flannery

NTC OF VOLUNTARY DISMISSAL - 5:24-cv-01234-PCP                              - 1 -