APPENDIX A

FALSE AND MISLEADING STATEMENTS

| Statements About Snowflake's RPO Figures | | | | | |
|---|---|---|---|---|---|
| **Statement No.** | **Date** | **Speaker** | **Source** | **¶** | **Statement** |
| 1 | 9/16/20 | Snowflake | Prospectus | 127 | "Remaining performance obligations represent the amount of contracted future revenue that has not yet been recognized, including both deferred revenue and non-cancelable contracted amounts that will be invoiced and recognized as revenue in future periods. RPO excludes performance obligations from on-demand arrangements and certain time and materials contracts that are billed in arrears. RPO is not necessarily indicative of future product revenue growth because it does not account for the timing of customers' consumption or their consumption of more than their contracted capacity. ***Moreover, RPO is influenced by a number of factors***, including the timing of renewals, the timing of purchases of additional capacity, average contract terms, seasonality, ***and the extent to which customers are permitted to roll over unused capacity to future periods, generally upon the purchase of additional capacity [at] renewal***. Due to these factors, it is important to review RPO in conjunction with product revenue and other financial metrics disclosed elsewhere in this prospectus." |
| 4 | 9/16/20 | Snowflake | Prospectus | 129 | RPO for fiscal year ended January 31, 2019 was $128 million, and for fiscal year ended January 31, 2020 was $426.3 million, showing a year-over-year growth rate of 237%. RPO for the six months ended July 31, 2019 was $221.1 million and for the six months ended July 31, 2020 was $688.2 million, showing a year-over-year growth rate of 210%. |
| 4 | 12/2/20 | Snowflake | 12/2/20 8-K | 135 | RPO was "$927.9 million, representing 240% year-over-year growth." |

1

Appendix A to Lead Plaintiff's Opposition to Motion to Dismiss SAC, Case No. 5:24-cv-01234-PCP

| 5 | 12/2/20 | Scarpelli | 12/2/20 Earnings Call | 135 | "Our remaining performance obligation was $928 million representing 240% year-over-year growth *with a weighted average life of multiyear contracts of 2.5 years*." |
|---|---|---|---|---|---|
| 6 | 12/3/20 | Snowflake | Q3 FY21 10-Q | 138 | Remaining performance obligations (RPO) represents the amount of contracted future revenue that has not yet been recognized, including both deferred revenue and non-cancelable amounts that will be invoiced and recognized as revenue in future periods. . . . *As of October 31, 2020, the Company's RPO was $927.9 million*. For contracts with original terms that exceed one year, the Company's RPO was $560.1 million as of October 31, 2020. *The weighted average remaining life of the Company's long-term contracts was 2.5 years as of October 31, 2020.* However, the amount and timing of revenue recognition are generally driven by customer usage, which can extend beyond the original contract term in cases where customers have the option to roll over unused capacity to future periods, generally on the purchase of additional capacity. |
| 12 | 3/3/21 | Snowflake | 10-K | 151 | RPO of $1.33 billion as of January 31, 2021, which represented year-over-year growth of 213%.<br><br>"We expect approximately 55% [of the $1.33 billion in RPO] to be recognized as revenue in the twelve months ending January 31, 2022 based on historical customer consumption patterns and revenue results. The weighted-average remaining life of our contracts was 1.9 years as of January 31, 2021. However, the amount and timing of revenue recognition are generally driven by customers' consumption which is inherently variable at our customers' discretion and can extend beyond the original contract term in cases where customers are permitted to roll over unused capacity to future periods, generally upon the purchase of additional capacity at renewal. In addition, our historical customer consumption patterns and revenue are not necessarily indicative of future results." |
| 13 | 3/3/21 | Snowflake | 10-K FY21 | 153 | "RPO represent the amount of contracted future revenue that has not yet been recognized, including both deferred revenue and non-cancelable contracted amounts that will be invoiced and recognized as revenue in future periods. *RPO is not necessarily indicative of future product* |

2

Appendix A to Lead Plaintiff's Opposition to Motion to Dismiss SAC, Case No. 5:24-cv-01234-PCP

| | | | | | |
|---|---|---|---|---|---|
| | | | | | *revenue growth because it does not account for the timing of customers' consumption* or their consumption of more than their contracted capacity." |
| 14 | 3/3/21 | Snowflake | 10-K FY21 | 155 | "RPO is influenced by a number of factors, *including the timing of renewals, the timing of purchases of additional capacity*, average contract terms, seasonality, and to *the extent to which customers are permitted to roll over unused capacity to future periods*, generally upon the purchase of additional capacity at renewal." |
| 15 | 3/3/21 | Snowflake | 3/3/21 8-K | 157 | Snowflake had "$1.3 billion in RPO, representing a 213% year-over-year growth." |
| 16 | 3/3/21 | Slootman | 3/3/21 8-K | 157 | "[w]e finished our fiscal year with strong performance[.]" |
| 17 | 3/3/21 | Slootman | 3/3/21 8-K | 157 | "*Remaining performance obligations showed a robust year-on-year, reflecting strength in sales across the board*." |
| 18 | 3/3/21 | Scarpelli | 3/3/21 Earnings Call | 159 | "Our strong RPO results continue to be driven by more multimillion-dollar deals as well as our *customers' willingness to engage in multi-year contracts*." |
| 21 | 5/26/21 | Snowflake | 5/26/21 8-K | 167 | RPO of "$1.4 billion, representing 206% year-over-year growth." |
| 22 | 5/26/21 | Slootman | 5/26/21 8-K | 167 | "[r]emaining performance obligations showed a robust increase year-on-year, indicating strength in sales across the board." |
| 23 | 5/26/21 | Slootman | 5/26/21 Earnings Call | 167 | "Remaining performance obligations grew 206% year-on-year to $1.4 billion, indicating strength in sales across the board." |
| 24 | 6/4/21 | Snowflake | Q1 FY22 10-Q | 167 | "as of April 30, 2021, the Company's RPO was $1.4 billion, of which approximately 70% was related to contracts with original terms that exceed one year. The weighted-average remaining life of the Company's contracts with original terms that exceed one year was 2.4 years as of April 30, 2021. However, the amount and timing of revenue recognition are generally driven by customer consumption, which can extend beyond the original contract term in cases where customers are permitted to roll over unused capacity to future periods, generally upon the purchase of additional capacity at renewal." |

3

| 25 | 5/26/21 | Scarpelli | 5/26/21 Earnings Call | 169 | "***Our strong RPO results reflect more multimillion dollar relationships*** with particular strength in the telecom and technology sectors. Of the $1.4 billion in RPO, we expect approximately 54% to be recognized as revenue in the next 12 months." |
| --- | --- | --- | --- | --- | --- |
| 26 | 8/25/21 | Snowflake | 8/25/21 8-K | 171 | RPO of "$1.5 billion, representing 122% year-over-year growth." |
| 27 | 8/25/21 | Slootman | 8/25/21 8-K | 171 | "Snowflake saw continued momentum in Q2 with triple digit growth in product revenue, ***reflecting strength in customer consumption***." |
| 28 | 8/25/21 | Slootman | 8/25/21 Earnings Call | 171 | Snowflake had "RPO of $1.5 billion" and was "***getting strength in sales***." |
| 29 | 9/2/21 | Snowflake | Q2 FY22 10-Q | 171 | "[A]s of July 31, 2021, the Company's RPO was $1.5 billion, of which approximately 71% was related to contracts with original terms that exceed one year. The weighted average remaining life of the Company's contracts with original terms that exceed one year was 2.3 years as of July 31, 2021. However, the amount and timing of revenue recognition are generally driven by customer consumption which can extend beyond the original contract term in cases where customers are permitted to roll over unused capacity to future periods, generally upon the purchase of additional capacity as renewal." |
| 35 | 12/1/21 | Snowflake | 12/1/21 8-K | 183 | RPO of "$1.8 billion, which represented 94% year-over-year growth." |
| 36 | 12/1/21 | Slootman | 12/1/21 8-K | 183 | Slootman stated that Snowflake "saw momentum accelerate in Q3, with product revenue growing 110%." |
| 37 | 12/1/21 | Slootman | 12/1/21 Earnings Call | 183 | "We saw momentum accelerate in Q3 with product revenues growing 100% year-on-year to $312 million and remaining performance obligations growing to $1.8 billion." |
| 38 | 12/1/21 | Scarpelli | 12/1/21 Earnings Call | 183 | "Of the $1.8 billion in RPO, we expect approximately 55% to be recognized as revenue in the next 12 months." |
| 39 | 12/3/21 | Snowflake | Q3 FY22 10-Q | 183 | "As of October 31, 2021, the Company's RPO was $1.8 billion, of which approximately 75% was related to contracts with original terms that exceed one year. The weighted-average remaining life of the Company's contracts |

4

Appendix A to Lead Plaintiff's Opposition to Motion to Dismiss SAC, Case No. 5:24-cv-01234-PCP

| | | | | | with original terms that exceed one year was 2.4 years, as of October 31, 2021. However, the amount and timing of revenue recognition are generally driven by customer consumption, which can extend beyond the original contract term in cases where customers are permitted to roll over unused capacity to future periods, generally upon the purchase of additional capacity at renewal." |
|---|---|---|---|---|---|

| Statements About Customers Consuming All Their Credits Before the End of Their Contract Terms | | | | | |
|---|---|---|---|---|---|
| **Statement No.** | **Date** | **Speaker** | **Source** | **¶** | **Statement** |
| 2 | 9/16/20 | Snowflake | Prospectus | 131 | "Our customers typically enter into capacity arrangements on an annual basis, or consume our platform under on-demand arrangements, in which we charge for use of our platform monthly in arrears. Consumption for most customers accelerates from the beginning of their usage to the end of their contract terms and *often exceeds their initial capacity commitment amounts*. When this occurs, our customers have the option to amend their existing agreement with us to purchase additional capacity or request early renewals." |
| 3 | 9/16/20 | Snowflake | Prospectus | 131 | "*When a customer's consumption during the contract term does not exceed its commitment amount, it may have the option to roll over any unused capacity to future periods, generally on the purchase of additional capacity*." |
| 8 | 12/2/20 | Slootman | 12/2/20 Earnings Call | 142 | "Let's review the results. *We saw strong consumption trends across our customer base in Q3* with product revenue growing 115% year-on-year to $148 million and a net revenue retention rate of 162%." |
| 9 | 12/2/20 | Scarpelli | 12/2/20 Earnings Call | 144 | Q: "wondering if you could share with us a little bit about what you've noticed in terms of the *pace of consumption trends* as the pandemic's been going on and as people prioritize moving to the cloud. Can you share with us any anecdotal data about how customers might be even accelerating their pace of capacity usage with Snowflake?" |

5

Appendix A to Lead Plaintiff's Opposition to Motion to Dismiss SAC, Case No. 5:24-cv-01234-PCP

| | | | | | |
|---|---|---|---|---|---|
| | | | | | A: "We do see in certain industries, like we have some customers that are in the travel industry, we see their consumption down. But we have a lot of customers that are kind of more in the online consumer world that their business is booming, and ***their [customers'] consumption is much higher than we're forecasting***. So it all depends upon the industry they're in, ***but on average, we're seeing our customers consume more than we would expect***. That's why we ended up beating by what we did. It was a higher beat than I was expecting for the quarter." |
| 19 | 3/3/21 | Scarpelli | 3/3/21 Earnings Call | 161 | And what we find is -- so [customers] consume very little in the first 6 months, ***and then in the remaining 6 months, they've consumed their entire contract they have***. And when we do a renewal, that's when most customers are doing the multiyear renewals once they've proven the use case on Snowflake. |
| 30 | 8/25/21 | Scarpelli | 8/25/21 Earnings Call | 173 | Q: Mike, I actually want to follow up on that on the last point you made in terms of the bigger customers taking 9 to 12 months to start consuming. How have you guys been working with sort of the ecosystem broadly to make sure that, that cadence stays on track as you add more and more of those large customers? Do you feel good that the kind of resources that are out in the market in terms of consultants, professional services partners are out ***there to make sure that after you sort of land these customers, that they are on track to start consuming within sort of the approximate time frame you laid out?***"<br><br>Q: "Yes." So it's a couple of ways. It's done through our professional service people, and we probably do, I think, less than 10% of them out there. . . . And we are spending a lot of time training partners, so their people can get certified, doing a lot of train the trainers, so they can add more resources that are Snowflake certified to do these migrations and implementations. |
| 31 | 8/25/21 | Scarpelli | 8/25/21 Earnings Call | 176 | Q: "as the [customer] base ages, are there any consistent signals that this expansion starts to plateau or normalize either at a certain time period or spend threshold?" |

6

Appendix A to Lead Plaintiff's Opposition to Motion to Dismiss SAC, Case No. 5:24-cv-01234-PCP

| | | | | | |
|---|---|---|---|---|---|
| | | | | | A: "Obviously, longer term, it will come down as our customer base becomes larger. I think we've only been selling product for, what, 5 years now, 6 years. And remember, this is going back 2 years. Looking at it, *I don't see any real slowdown in the near-term future*, but definitely, over time, that number will come down. |
| 32 | 8/25/21 | Slootman | 8/25/21 Earnings Call | 176 | Q: "Where do you see the risks of deceleration, particularly as you think about your guidance?"<br><br>A: "*I really don't see any deceleration risk*." |
| 34 | 8/25/21 | Scarpelli | 8/25/21 Earnings Call | 181 | Q: "What do you see as the biggest drivers that could generate upside to your expectations?"<br><br>"*And our large customers just continue to increase their consumption. When I look at the forecast for this quarter, our largest customers are continuing to consume at a very rapid pace*." |
| 40 | 12/1/21 | Scarpelli | 12/1/21 Earnings Call | 185-86 | Q: "as you think about the consumption of [credits] in the quarter and the acceleration outside of these things, do you think the business could have accelerated at and maintain triple-digit growth even without those anomalies this quarter?"<br><br>A: "Well, our overachievement is partially driven by these large customers. *We did see generally across the board, most of our customers have been exceeding their targets. Yes, there are some that are down, that happen every quarter, but there's a lot more that were above their forecast*. So it's hard to say, Brent, but yes, I do think we still would have -- if I pulled out a couple of those big customers, with their growth, we still would have been over 100% growth." |
| 45 | 12/6/21 | Scarpelli | UBS Global Conf. | 199 | "Yes, well, I want to say *there were some of our top 10 customers that overconsumed, but we did see overconsumption on average across the board from our customers*." |

7

Appendix A to Lead Plaintiff's Opposition to Motion to Dismiss SAC, Case No. 5:24-cv-01234-PCP

| | | | | | Statements that Customers Were Satisfied with Snowflake's Product and Services |
|---|---|---|---|---|---|
| Statement No. | Date | Speaker | Source | ¶ | Statement |
| 5 | 12/2/20 | Scarpelli | 12/2/20 Earnings Call | 135 | "This strong [RPO] performance is driven by **our customer base realizing the value of our platform** for their existing use cases while also embracing the Snowflake data cloud vision." |
| 7 | 12/2/20 | Scarpelli | 12/2/20 Earnings Call | 140 | Q: "So what drove the acceleration in kind of new bookings this quarter and that upside in RPO?"<br><br>A: "**As we're moving more into large enterprises, large enterprises really want to do multiyear deals**. They're not interested in having to go to procurement every year. And so **we saw a number of large enterprises commit to multi-year deals with us and we think that is going to be a trend that will continue**." |
| 10 | 12/2/20 | Scarpelli | 12/2/20 Earnings Call | 147 | "The product we're delivering today is so much better than what it was 3 years ago or 2 years ago continues, and it becomes more – **the performance on it every year gets better and better. And as a result, customers should pay more for it**." |
| 11 | 12/2/20 | Slootman | 12/2/20 Earnings Call | 149 | Q: "Frank, when you talk to CIOs at some of your larger customers, I'm curious if you pick up any concern about the **pace at which their Snowflake spend is growing**?"<br><br>A: "The big thing -- and by the way, it's not CIOs that are upset. It's usually CFOs that are -- they can't understand how you go from one period to the next and all of a sudden the number has doubled. But the business is telling them, no, we need to do this. **So people are getting used to spending way more money on this class of service than they ever imagined. And the reason is they now can and they now need to, right**?<br><br>Now does that take time? Yes, it takes time for people to get used to that. I mean I've talked to CTOs. **They said, we spent $50,000 last year. We're** |

8

Appendix A to Lead Plaintiff's Opposition to Motion to Dismiss SAC, Case No. 5:24-cv-01234-PCP

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | *spending $1 million this year. How the hell do I explain that*? Well, that is -- those are the types of transitions that we're going through. We have customers where we are the second largest line item behind Amazon, AWS, right? Well, that's what we're getting used to for a customer that you're spending on a service like this at this rate.<br><br>But when data becomes the beating heart of your enterprise, that -- it makes total sense. It's just that it doesn't make sense in a historical context. And it takes time for us to transition to this realization, like this is pretty damn important. *And that's sort of -- sometimes it goes a little bit too quick. And people are like, holy moly, this thing is a little bit too slick and too fast, and it's just too easy to fire up a cluster or a warehouse. And instead of running this process once a week, we're now running it every night because they see advantage in doing it, right*?<br><br>But we're seeing people getting used to large numbers. I mean I'm -- quite honestly, in my own history in software, I'm just stunned by the size of the relationships that we're seeing in this business, and it's an amazing thing. *But it does take time for people to really transition to the realization that this is going to have a big economic footprint*." |
| 20 | 3/3/21 | Slootman | 3/3/21 Earnings Call | 165 | Q: "How do you help those clients manage budgeting issues given the usage they rack up on the system very quickly?"<br><br>A: "Yes. It's a good question and certainly a topic that we discuss often. The big change in paradigm is that historically, in on-premise data centers, people have to manage capacity. And now they don't manage capacity anymore, but they need to manage consumption. And that's a new thing, not for everybody, but for most. I mean people that are in the public cloud have gotten used to the notion of consumption, obviously, because it applies equally to the infrastructure clouds. Now we do a lot. We have full-blown charge back capabilities so that the consumers are – of compute are -- and of our service are really accountable for what they do and don't do. We have hard limits. We have soft limits. We have notifications. We have |

9

Appendix A to Lead Plaintiff's Opposition to Motion to Dismiss SAC, Case No. 5:24-cv-01234-PCP

| | | | | | |
|---|---|---|---|---|---|
| | | | | | dashboards. So there's a lot of ways to do this. But at the same time, there's -- people are really so motivated and inspired by the capabilities that they have, ***sometimes they get a little bit out of control in terms of the amount of processing that they were planning to do. It's a very, very buoyant situation. I mean we've been bottled up literally for generations. And now there's a situation where there is no upper limit to how much you can do. And that's intoxicating, quite honestly. And we also see organizations really getting used to managing consumption, how much do we really want to allow because, oftentimes, they are very compelling business reasons why they do need to consume these services as opposed just looking at the amount of spend. So it's manageable, but it's a new discipline, and it's a new mindset that everybody needs to get their head around. And we provide the infrastructure and governance capabilities to do that***." |
| 33 | 8/5/21 | Slootman | 8/25/21 Earnings Call | 178 | Q: "I guess what do you see as the bigger [sic] driver of your business today?" <br><br> A: "It's Frank. It's actually an important question to ask because we have very high net revenue retention rates and people are often wondering, where's that coming from because that's typically not seen. The reason is ***a lot of what Snowflake does is what we call enabling the demand. In other words, we're not creating it. We're allowing it to happen. So there's a lot of latent, bottled-up, pent-up demand that has literally grown over literally decades where people have -- because of fixed capacity limits on storage, on computational or contractual limitations, they have not been able to do what the technology is now capable of doing***. So just unlocking that puzzle and allowing workloads to be provisioned, ***allow unlimited number of concurrent workloads, let jobs run every night as opposed to once a month if you're lucky, that is really the explosion of the enablement of demand that was already there, is really the big, big driver behind Snowflake***." |

10

Appendix A to Lead Plaintiff's Opposition to Motion to Dismiss SAC, Case No. 5:24-cv-01234-PCP

| 41 | 12/1/21 | Slootman | 12/1/21 Earnings Call | 190 | In response to an analyst asking "what's the biggest thing holding folks back?", Slootman said: "***things [credits] are running away from them maybe a little bit too quickly***." |
|----|---------|----------|----------------------|-----|---|
| 42 | 12/1/21 | Slootman | 12/1/21 Earnings Call | 192-93 | Q: "Within consumption models, the bills could build up pretty quickly. And you guys see that in terms of your customers get pretty – some of your customers get pretty big, pretty fast. ***But we've seen an example of where customers get sticker shock over time, and it becomes kind of bad marketing and difficult for companies to deal with. How do you guys avoid that? How do you sort of ensure that your customers are seeing value from the solution but don't get that sticker shock that the consumption model could bring and they're using more of this than what we had expected?***" <br><br> A: "One of the great things about running a consumption model is that we charge back who is spending the compute, which business unit. ***So business units can decide where they want to run those workloads, how often they want to run it, how they want to provision it. So they're really in charge. It's not sort of a runaway utility model. People can selective decide which workloads they want to run and what is the business case for it***. And that's the way it's supposed to work. <br><br> That really mitigates the sticker shock. If people can make investment decisions as they go along and as who owns it. . . . Does it cost money? Yes, it costs money. <br><br> So in other words, what's really happening is, in the beginning, people have sticker shock, yes. Because the build goes from 1x to 2x to 10x, whatever it is. ***We're really resetting what is normal and what is appropriate spend for this class of computing***. It is very different than what it historically has been because of hey, what we're now capable of, but also the necessity." |

11

Appendix A to Lead Plaintiff's Opposition to Motion to Dismiss SAC, Case No. 5:24-cv-01234-PCP

| 43 | 12/1/21 | Slootman | 12/1/21 Earnings Call | 195 | *"As you see from the metrics that we report on, there is a very, very steady aggressive growth happening quarter-on-quarter.  But we sort of haven't reached that tipping point yet, where sort of the floodgates are open and things are just expanding at a meteoric rate*. *But we're anticipating that, that will happen at some point*." |
|----|---------|----------|----------------------|-----|----|
| 44 | 12/1/21 | Kleinerman | 12/1/21 Earnings Call | 197 | "Every part of the system is getting faster and lower latency. But we're always looking at is the price performance of customer workloads. . . . . And at Snowflake, *we're 100% focused on price performance for our customers*." |

12

Appendix A to Lead Plaintiff's Opposition to Motion to Dismiss SAC, Case No. 5:24-cv-01234-PCP