**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Kevin P.B. Johnson (Bar No. 177129)
Michael T. Lifrak (Bar No. 210846)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
kevinjohnson@quinnemanuel.com
michaellifrak@quinnemanuel.com

*Counsel for Defendants*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZANNE L. FLANNERY, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SNOWFLAKE INC., et al.,<br><br>        Defendants. | Case No. 5:24-cv-01234-PCP<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>Judge:  Hon. P. Casey Pitts<br>Courtroom:  8, 4th Floor<br>Hearing Date:  December 11, 2025<br>Hearing Time:  10:00 a.m. |

Pursuant to Local Civil Rule 7-3(d)(2), Defendants Snowflake Inc., Frank Slootman, and Michael Scarpelli ("Defendants") submit this Statement of Recent Decision to alert the Court to a recent decision issued by the United States Court of Appeals for the Ninth Circuit that may be relevant to Defendants' pending Motion to Dismiss (ECF No. 109).  The Ninth Circuit's December 2, 2025 decision in *Oakland County Voluntary Employees' Beneficiary Association v. Tesla Inc.*, 2025 WL 3459471 (9th Cir. Dec. 2, 2025) (unpublished) is attached hereto as Exhibit A.  This decision was issued after Defendants filed their Reply in Support of Defendants' Motion to Dismiss (ECF No. 113), and Defendants cited the September 30, 2024 decision below from the United States District Court for the Northern District of California in *Lamontagne v. Tesla, Inc.*, 2024 WL 4353010 (N.D. Cal. Sept. 30, 2024) in Defendants' Motion to Dismiss and their Reply in Support of Defendants' Motion to Dismiss.

DATED: December 9, 2025                    Respectfully submitted,

                                           **QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP**

                                           */s/ Kevin P.B. Johnson*
                                           Kevin P.B. Johnson (Bar No. 177129)
                                           Michael T. Lifrak (Bar No. 210846)
                                           555 Twin Dolphin Drive, 5th Floor
                                           Redwood Shores, CA 94065
                                           Telephone:  (650) 801-5000
                                           kevinjohnson@quinnemanuel.com
                                           michaellifrak@quinnemanuel.com

                                           Jesse Bernstein (*pro hac vice*)
                                           Leigha Empson (*pro hac vice*)
                                           295 Fifth Avenue
                                           New York, NY  10016
                                           Telephone:  (212) 849-7000
                                           jessebernstein@quinnemanuel.com
                                           leighaempson@quinnemanuel.com

                                           *Counsel for Defendants Snowflake Inc.,
                                           Frank Slootman, and Michael P. Scarpelli*