M. Elizabeth Graham (SBN 143085)
**GRANT & EISENHOFER P.A.**
2325 Third Street, Suite 329
San Francisco, CA 94107
Tel.: (415) 229-9720
Fax: (415) 789-4367
Email: egraham@gelaw.com

*Counsel for Lead Plaintiff and Lead Counsel*
*for the Proposed Class*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin P.B. Johnson
Michael T. Lifrak
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
kevinjohnson@quinnemanuel.com
michaellifrak@quinnemanuel.com

*Counsel for Defendants Snowflake Inc.,*
*Frank Slootman, and Michael P. Scarpelli*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SUZANNE L. FLANNERY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SNOWFLAKE INC., FRANK SLOOTMAN, AND MICHAEL P. SCARPELLI, <br><br> Defendants. | No. 5:24-cv-01234-PCP <br><br> CLASS ACTION <br><br> **JOINT DECLARATION OF KARIN E. FISCH AND LEIGHA EMPSON IN SUPPORT OF STIPULATED REQUEST AND [PROPOSED ORDER] TO SET SCHEDULE FOR THIRD AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING** <br><br> Judge: Hon. P. Casey Pitts <br> Courtroom: 8, 4th Floor <br> Hearing Date: Not yet set |

JOINT DECLARATION OF KARIN E. FISCH AND LEIGHA EMPSON – 5:24-cv-01234-PCP

We, Karin E. Fisch and Leigha Empson, declare as follows:

1.     I, Karin E. Fisch, am a Partner at Grant & Eisenhofer P.A., licensed to practice in the State of New York and admitted to this Court *pro hac vice*. I represent Lead Plaintiff Teachers' Retirement System of the City of New York, New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, Board of Education Retirement System of the City of New York, Police Officers' Variable Supplements Fund, Police Superior Officers' Variable Supplements Fund, New York City Firefighters' Variable Supplements Fund, New York City Fire Officers' Variable Supplements Fund, New York Fire Department Life Insurance Fund, and Teachers' Retirement System of the City of New York Variable Annuity Program, collectively, the "NYC Funds," or "Lead Plaintiff," in the above captioned-matter. I have personal knowledge of the following facts and, if called to testify, could and would testify completely thereto.

2.     I, Leigha Empson, am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, licensed to practice in the State of New York and admitted to this Court *pro hac vice*. I represent Defendants Snowflake Inc., Frank Slootman, and Michael P. Scarpelli.  I have personal knowledge of the following facts and, if called to testify, could and would testify completely thereto.

3.     Pursuant to Civil Local Rule 6-2(a), we submit this Joint Declaration in Support of Joint Stipulated Request and [Proposed] Order to Extend the Schedule for Filing the Third Amended Complaint and Motion to Dismiss Briefing.

4.     On April 7, 2025, Lead Plaintiff filed a Second Amended Complaint (ECF No. 107).

5.     On June 6, 2025, Defendants filed a Motion to Dismiss the Second Amended Complaint (ECF No. 109).

6.     On August 5, 2025, Lead Plaintiff filed an Opposition to Defendants' Motion to Dismiss (ECF No. 110).

7.     On September 19, 2025, Defendants filed a Reply in Support of their Motion to Dismiss (ECF No. 113).

2

JOINT DECLARATION OF KARIN E. FISCH AND LEIGHA EMPSON – 5:24-cv-01234-PCP

8.     On December 11, 2025, this Court held a hearing on Defendants' Motion to Dismiss Lead Plaintiff's Second Amended Complaint (*see* ECF No. 122).

9.     On February 17, 2026, this Court issued an Order granting Defendants' Motion to Dismiss the Second Amended Complaint with leave for Lead Plaintiff to file a Third Amended Complaint by March 24, 2026 (ECF No. 126).

10.     On March 11, 2026, Lead Plaintiff requested Defendants' consent for an extension on the filing of Lead Plaintiff's Third Amended Complaint in the above-referenced action, and proposed a revised motion to dismiss briefing schedule.

11.     On March 14, 2026, Defendants agreed to Lead Plaintiff's requested extension on the filing of the Third Amended Complaint and the proposed revised motion to dismiss briefing schedule.

12.     Lead Plaintiff requests, and Defendants do not oppose, an extension to file its Third Amended Complaint to accommodate scheduling conflicts and other pre-existing commitments of counsel for Lead Plaintiff.

13.     The Parties have agreed on a revised briefing schedule based on the proposed new date for Lead Plaintiff's filing of its Third Amended Complaint.

14.     This is the Parties' second request to modify a date in this case.

15.     Except as set forth in the Stipulation, the proposed schedule will not affect any other dates or deadlines in this matter.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of March 2026.

By: */s/ Karin E. Fisch*                                    By: */s/ Leigha Empson*
Karin E. Fisch                                                Leigha Empson

3

JOINT DECLARATION OF KARIN E. FISCH AND LEIGHA EMPSON – 5:24-cv-01234-PCP