M. Elizabeth Graham (SBN 143085)
**GRANT & EISENHOFER P.A.**
2325 Third Street, Suite 329
San Francisco, CA 94107
Tel.: (415) 229-9720
Fax: (415) 789-4367
Email: egraham@gelaw.com

*Counsel for Lead Plaintiff and Lead Counsel
for the Proposed Class*

**QUINN  EMANUEL  URQUHART  &
SULLIVAN, LLP**
Kevin P.B. Johnson
Michael T. Lifrak
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
kevinjohnson@quinnemanuel.com
michaellifrak@quinnemanuel.com

*Counsel for Defendants Snowflake Inc.,
Frank Slootman, and Michael P. Scarpelli*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| SUZANNE L. FLANNERY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br>          v.<br><br>SNOWFLAKE INC., FRANK SLOOTMAN, AND MICHAEL P. SCARPELLI,<br><br>                    Defendants. | No. 5:24-cv-01234-PCP<br><br>CLASS ACTION<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND THE SCHEDULE FOR FILING THE THIRD AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING, AS MODIFIED**<br><br>Judge: Hon. P. Casey Pitts<br>Courtroom 8, 4th Fl.<br>Hearing Date: Not yet set |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Lead Plaintiff Teachers' Retirement System of the City of New York, New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, Board of Education Retirement System of the City of New York, Police Officers' Variable Supplements Fund, Police Superior Officers' Variable Supplements Fund, New York City Firefighters' Variable Supplements Fund, New York City Fire Officers' Variable Supplements Fund, New York Fire Department Life Insurance Fund, and Teachers' Retirement System of the City of New York Variable Annuity Program, collectively, the "NYC Funds," or "Lead Plaintiff," and Defendants Snowflake Inc., Frank Slootman, and Michael P. Scarpelli, collectively, "Defendants," and together with Lead Plaintiff, the "Parties," by and through their undersigned counsel, hereby stipulate and agree that good cause exists to request an order from the Court extending Lead Plaintiff's deadline for the filing of a third amended complaint and for the corresponding motion to dismiss briefing schedule.

WHEREAS, on April 7, 2025, Lead Plaintiff filed a Second Amended Complaint (ECF No. 107);

WHEREAS, on June 6, 2025, Defendants filed a Motion to Dismiss the Second Amended Complaint (ECF No. 109);

WHEREAS, on August 5, 2025, Lead Plaintiff filed an Opposition to Defendants' Motion to Dismiss (ECF No. 110);

WHEREAS, on September 19, 2025, Defendants filed a Reply in Support of their Motion to Dismiss (ECF No. 113);

WHEREAS, on December 11, 2025, this Court held oral argument on Defendants' Motion to Dismiss Lead Plaintiff's Second Amended Complaint (*see* ECF No. 122);

WHEREAS, on February 17, 2026, the Court issued an Order granting Defendants' Motion to Dismiss the Second Amended Complaint with leave for Lead Plaintiff to file a Third Amended Complaint by March 24, 2026 (ECF No. 126);

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THIRD AMENDED COMPLAINT – 5:24-cv-01234-PCP

WHEREAS, on March 11, 2026, Lead Plaintiff requested Defendants' consent for an extension on the filing of Lead Plaintiff's Third Amended Complaint in the above-referenced action, and proposed a revised motion to dismiss briefing schedule;

WHEREAS, on March 14, 2026, Defendants agreed to Lead Plaintiff's requested extension on the filing of the Third Amended Complaint and the proposed revised motion to dismiss briefing schedule;

WHEREAS, Lead Plaintiff requests, and Defendants do not oppose, an extension to file the Third Amended Complaint due to scheduling conflicts and other pre-existing commitments of counsel for Lead Plaintiff;

WHEREAS, the Parties have agreed on a revised briefing schedule based on the proposed new date for Lead Plaintiff's filing of its Third Amended Complaint;

WHEREAS, on October 7, 2025, the Parties filed a Joint Stipulation and Proposed Order to continue the hearing date on Defendants' Motion to Dismiss Lead Plaintiff's Second Amended Complaint (ECF No. 116);

WHEREAS, on October 9, 2025, this Court entered an Order granting the Parties' Joint Stipulation and Proposed Order to continue the hearing date on the Motion to Dismiss the Second Amended Complaint (ECF No. 117); and

WHEREAS, this is the Parties' second request to modify a date in this case.

IT IS ACCORDINGLY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to Court approval, that:

1.    Lead Plaintiff shall file the Third Amended Complaint by April 14, 2026.

2.    ~~Defendants shall file their motion to dismiss the Third Amended Complaint by June 15, 2026.~~

3.    ~~Lead Plaintiff shall file its opposition to Defendants' motion to dismiss by August 13, 2026.~~

4.    ~~Defendants shall file their reply brief in support of their motion to dismiss by September 28, 2026.~~

**Parties shall agree to a briefing schedule on Defendants' planned motion to dismiss that would allow the hearing to take place no later than August 27.**

JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING THIRD AMENDED COMPLAINT – 5:24-cv-01234-PCP

IT IS SO STIPULATED.

DATED: March 18, 2026                    Respectfully submitted,

**GRANT & EISENHOFER P.A.**

*/s/ Karin E. Fisch*

M. Elizabeth Graham (SBN 143085)
2325 Third Street, Suite 329
San Francisco, CA 94107
Tel.: (415) 229-9720
Fax: (415) 789-4367
Email: egraham@gelaw.com

Karin E. Fisch (*pro hac vice*)
Kyla Grant (*pro hac vice* forthcoming)
Mica A. Cocco (*pro hac vice*)
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: kfisch@gelaw.com
        kgrant@gelaw.com
        mcocco@gelaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Proposed Class*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Leigha Empson*

Kevin P.B. Johnson
Michael T. Lifrak
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
kevinjohnson@quinnemanuel.com
michaellifrak@quinnemanuel.com

Jesse Bernstein (*pro hac vice*)
Leigha Empson (*pro hac vice*)
295 Fifth Avenue
New York, NY 10016

4

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THIRD AMENDED
COMPLAINT – 5:24-cv-01234-PCP

Telephone: (212) 849-7000
jessebernstein@quinnemanuel.com
leighaempson@quinnemanuel.com

*Counsel for Defendants Snowflake Inc., Frank Slootman, and Michael P. Scarpelli*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THIRD AMENDED COMPLAINT – 5:24-cv-01234-PCP

**Attestation Pursuant to Civil Local Rule 5-1(h)(3)**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.

Dated: March 18, 2026                                  */s/ Karin E. Fisch*

~~[PROPOSED]~~ **ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 19, 2026                                  _____

THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

6

JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING THIRD AMENDED COMPLAINT – 5:24-cv-01234-PCP