M. Elizabeth Graham (SBN 143085)
**GRANT & EISENHOFER P.A.**
2325 Third Street, Suite 329
San Francisco, CA 94107
Tel.: (415) 229-9720
Fax: (415) 789-4367
Email: egraham@gelaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

TEACHERS' RETIREMENT SYSTEM FOR THE CITY OF NEW YORK, NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, NEW YORK CITY POLICE PENSION FUND, NEW YORK CITY FIRE DEPARTMENT PENSION FUND, NEW YORK CITY BOARD OF EDUCATION RETIREMENT SYSTEM, POLICE OFFICERS' VARIABLE SUPPLEMENTS FUND, POLICE SUPERIOR OFFICERS' VARIABLE SUPPLEMENTS FUND, NEW YORK CITY FIREFIGHTERS' VARIABLE SUPPLEMENTS FUND, NEW YORK CITY FIRE OFFICERS' VARIABLE SUPPLEMENTS FUND, NEW YORK FIRE DEPARTMENT LIFE INSURANCE FUND, AND TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK VARIABLE A,

Plaintiffs,

v.

SNOWFLAKE INC., FRANK SLOOTMAN and MICHAEL P. SCARPELLI,

Defendants.

5:24-cv-01234-PCP

CLASS ACTION

NOTICE OF APPEAL

Lead Plaintiff Teachers' Retirement System for The City of New York, New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, New York City Board of Education Retirement System, Police Officers' Variable Supplements Fund, Police Superior Officers' Variable Supplements Fund, New York City Firefighters' Variable Supplements Fund, New York City Fire Officers' Variable Supplements Fund, New York Fire Department Life Insurance Fund, and Teachers' Retirement System Of The City Of New York Variable A (collectively "Lead Plaintiff") appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's order and judgment granting Defendants' motion to dismiss and dismissing Lead Plaintiff's Third Amended Complaint with prejudice for failure to state a claim, entered on September 8, 2026 (Dkt. Nos. 143 & 144). The Third Amended Complaint in this case was filed in the United States District Court for the Northern District of California on April 14, 2026. This is not a cross-appeal, and there have been no previous appeals in this case. The appellate docketing fee is being paid concurrently with the filing of this notice of appeal. The representation statement follows this notice of appeal as required by Ninth Circuit Rule 3-2(b).

Dated: San Francisco, California
October 8, 2026

Respectfully submitted,

*<u>/s/ M. Elizabeth Graham</u>*
M. Elizabeth Graham (SBN 143085)
**GRANT & EISENHOFER P.A.**
2325 Third Street, Suite 329
San Francisco, CA 94107
Tel.: (415) 229-9720
Fax: (415) 789-4367
Email: egraham@gelaw.com

Karin E. Fisch (*pro hac vice*)
Kyla Grant (*pro hac vice*)
Mica A. Cocco (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Emails:
kfisch@gelaw.com

kgrant@gelaw.com
mcocco@gelaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

**REPRESENTATION STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Lead Plaintiff Teachers' Retirement System for The City of New York, New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, New York City Board of Education Retirement System, Police Officers' Variable Supplements Fund, Police Superior Officers' Variable Supplements Fund, New York City Firefighters' Variable Supplements Fund, New York City Fire Officers' Variable Supplements Fund, New York Fire Department Life Insurance Fund, and Teachers' Retirement System Of The City Of New York Variable A submits this representation statement. The following list identifies all parties to the action as well as their representative counsel and appropriate contact information.

| **Parties** | **Counsel of Record** |
|---|---|
| Teachers' Retirement System for The City of New York, New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, New York City Board of Education Retirement System, Police Officers' Variable Supplements Fund, Police Superior Officers' Variable Supplements Fund, New York City Firefighters' Variable Supplements Fund, New York City Fire Officers' Variable Supplements Fund, New York Fire Department Life Insurance Fund, and Teachers' Retirement System Of The City Of New York Variable A<br><br>Lead Plaintiff/Appellant | M. Elizabeth Graham (SBN 143085)<br>**GRANT & EISENHOFER P.A.**<br>2325 Third Street, Suite 329<br>San Francisco, CA 94107<br>Tel.: (415) 229-9720<br>Fax: (415) 789-4367<br>Email: egraham@gelaw.com<br><br>Karin E. Fisch (*pro hac vice*)<br>Kyla Grant (*pro hac vice*)<br>Mica A. Cocco (*pro hac vice*)<br>**GRANT & EISENHOFER P.A.**<br>485 Lexington Avenue<br>New York, NY 10017<br>Tel.: (646) 722-8500<br>Fax: (646) 722-8501<br>Emails: kfisch@gelaw.com<br>kgrant@gelaw.com<br>mcocco@gelaw.com |
| Snowflake, Inc., Frank Slootman and Michael P. Scarpelli<br><br>Defendants/Appellees | Kevin P.B. Johnson (SBN 177129)<br>Michael T. Lifrak (SBN 210846)<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

| | |
|---|---|
| | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Email: kevinjohnson@quinnemanuel.com<br>Michaellifrak@quinnemanuel.com<br><br>Jesse Bernstein (*pro hac vice*)<br>Leigha Empson (*pro hac vice*)<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>295 Fifth Avenue<br>New York, NY 10016<br>Telephone: (212) 849-7000<br>Email: jessebernstein@quinnemanuel.com<br>leighaempson@quinnemanuel.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, I authorized the electronic filing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ M. Elizabeth Graham*